IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREA ELLIS**                                                                                         **PLAINTIFF**

v.                              Case No. 4:20-cv-00767-LPR

**WATERS OF NORTH LITTLE ROCK LLC**                                          **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant on all claims asserted against it.

IT IS SO ADJUDGED this 4th day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE